# United States Court of Appeals for the Federal Circuit

---

November 18, 2020

**ERRATA**

---

Appeal Nos. 2019-1756, 2019-1934

**C R BARD INC., BARD PERIPHERAL VASCULAR, INC.,**
*Plaintiffs-Appellants*

**v.**

**ANGIODYNAMICS, INC.,**
*Defendant-Appellee*

Decided: November 10, 2020
Precedential Opinion

---

Please make the following change to the Opinion as follows:

On page 20, line 30, replace "Bard" with "AngioDynamics."